IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAWN HUGHES-TEAGUE                                                              PLAINTIFF

vs.                              Civil No. 6:06-CV-06060

MICHAEL J. ASTRUE                                             DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 6th day of Sept. 2007, comes for consideration the Report and Recommendation, dated August 22, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 0 6 2007
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK